UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BOBBY D BIGGS,

      Petitioner,

v.                                             Case No. 3:18cv2087-LC-HTC

MARK S INCH,

      Respondent.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on March 10, 2021 (ECF No. 24).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (ECF No. 24) is adopted and incorporated by reference in this order.

2.     The petition under 28 U.S.C. § 2254, challenging the conviction in

Case No. 3:18cv2087-LC-HTC

*State v. Biggs*, 2006-CF-1725, in the First Judicial Circuit, in and for Santa Rosa

County, Florida, ECF Doc. 1, is DENIED without an evidentiary hearing.

      3.      A certificate of appealability is DENIED.

      4.      The clerk of court is directed to enter judgment accordingly and close

this case.

      **DONE AND ORDERED** this 12th day of April, 2021.


      s/*L.A. Collier*

      **LACEY A. COLLIER**
      **SENIOR UNITED STATES DISTRICT JUDGE**


Case No. 3:18cv2087-LC-HTC